IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD DISCO, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | NO. 11-6385 |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT, | : | |
| SCI FAYETTE, et al., | : | |
| | : | |
| Respondents. | : | |

### ORDER

AND NOW, this 25th day of September, 2012, upon careful consideration of the pleadings and the record herein, and after review of the Report and Recommendations of U.S. Magistrate Judge M. Faith Angell, and the Objections thereto filed by Petitioner, and all the relevant law, it is hereby ORDERED that

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. The Petition for Writ of Habeas Corpus is DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II  U.S.D.J.