IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD DISCO, : | |
| *Petitioner*, : | |
| : | CIVIL ACTION |
| v. : | NO. 11-6385 |
| : | |
| SUPERINTENDENT, : | |
| SCI FAYETTE, et al., : | |
| *Respondents*. : | |

**ORDER**

**AND NOW**, this 30th day of September, 2022, in consideration of Petitioner Richard Disco's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 28), it is hereby **ORDERED** that:

1. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Petitioner's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

2. The Motion for Appointment of Counsel (ECF No. 27) is **DENIED**.

3. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ C. Darnell Jones, II
**C. Darnell Jones, II   J.**